**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

R. S., Jr.
Natchitoches Par. Det. Ctr.
299 Edwina Drive
Natchitoches, LA 71457

**REHEARING ACTION: September 21, 2011**

**Docket Number: 10   01423-KH**

**STATE OF LOUISIANA**
**VERSUS**
**R. S. JR.**

**Writ Application from Natchitoches Parish Case No. C-11616-B**

**BEFORE JUDGES:**

   **Hon. Oswald A. Decuir**
   **Hon. James T. Genovese**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **R. S., Jr.** has this day been

   **DENIED.**

cc: Van Hardin Kyzar, Counsel for the Respondent